539 U.S. 935
 Castro-Jimenez
v.
United States.
Cuero-Valencia
v.
United States.
Lara-Machuca
v.
United States.
Vargas-Saucedo
v.
United States.
Acosta-Montes
v.
United States.
Balderas-Canales
v.
United States.
Hernandez-Bautista
v.
United States.
Licea-Feregrino
v.
United States.
Ramirez-Hernandez
v.
United States.
Saavedra-Rios
v.
United States.
 No. 02-10615.
 Supreme Court of United States.
 June 16, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Reported below: 61 Fed. Appx. 921, 61 Fed. Appx. 920, 61 Fed. Appx. 922, 61 Fed. Appx. 920, 61 Fed. Appx. 919, 61 Fed. Appx. 922, 61 Fed. Appx. 922, 61 Fed. Appx. 922, 61 Fed. Appx. 921, 61 Fed. Appx. 922.
 
 
 3
 Certiorari denied.